UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 17906 Marshall Mill Road, Hampstead, Maryland, 21074 | Misc No. 18-0548 JMC |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Lisa Herb, a Special Agent/Certified Fire Investigator (SA/CFI) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Baltimore Field Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1. I have been a SA with ATF since March 2003 and a Certified Fire Investigator (CFI) since June 2016. As an ATF SA, I successfully completed the nine-week United States Treasury Department's Criminal Investigator's School as well as twelve and a half weeks of ATF New Professional Training at the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in the investigation of federal crimes involving firearms, narcotics, arson, and explosives. I am currently assigned to the Baltimore Field Division-Arson and Explosives Group and primarily responsible for the investigation of arson and explosive incidents. Previously, I was assigned to the Regional Area Gang Enforcement Unit (RAGE), an ATF sponsored task force designed to focus on the increasing violent gang crimes occurring in Prince George's County, Maryland and the surrounding Washington D.C. Metropolitan Region. I was also previously assigned to a firearms enforcement group in the Hyattsville Office, Baltimore Field Division. I earned a Bachelor of Science in Psychology and Sociology from Virginia Tech (1994) and a Master's Certificate from Oklahoma State University in Forensic Arson and Explosives Investigation (2016). I am a Certified Fire Investigator through the International Association of Arson Investigators (2016). I have participated in numerous searches, arrest and seizure warrants involving a variety of offenses, including violations pertaining to arson and explosives. I have

personally reviewed reports and documentation, observed scene photographs and have had conversations with employees at the ATF and other law enforcement agencies in regard to the offense referred to below. I am familiar with the facts and circumstances of this investigation.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a warrant to search the residence and detached garage located at 17906 Marshall Mill Road, Hampstead, Maryland, 21074 (TARGET LOCATION), more fully described in Attachment A which is incorporated by reference, for evidence related to Title 18 U.S.C. § 931, Prohibited Possession of Body Armor by a Violent Felon (TARGET OFFENSE). I know that the term "body armor" is defined as "any product sold or offered for sale, in interstate or foreign commerce, as personal protective body covering intended to protect against gunfire, regardless of whether the product is to be worn alone or is sold as a complement to another product or garment." 18 U.S.C. § 921(a)(35).

4. The statements in this affidavit are based in part on information, photographs and reports provided by the Baltimore County Police Department and on my experience and background as an ATF Special Agent. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the TARGET OFFENSE are located at the TARGET LOCATION.

5. On October 14, 2017, Baltimore County Emergency Medical Services personnel responded to a 911 call for a drug overdose for the target, Christopher Dean TAGGART.

TAGGART was discovered by a family member to be unresponsive at the above TARGET LOCATION. Based on plain view observations of the interior of the residence by the responding emergency medical services personnel and police officers, Baltimore County police officers obtained a state search warrant for drugs and firearms. As a result of the search warrant, twelve (12) Gun Control Act (GCA) firearms; numerous items of ammunition; one (1) ballistic vest; one (1) body armor plate carrier with plates; six (6) improvised detonators, one (1) improvised explosive device (IED), and a large quantity of precursor chemicals were seized by Baltimore County law enforcement officials. TAGGART was charged in Baltimore County with a total of thirteen counts related to CDS Possession and Possession with Intent to Distribute, as well as various firearms related offenses.

6. Criminal history checks show that TAGGART is a convicted felon with a 1996 conviction in Carroll County for Attempted Robbery with a Deadly Weapon; Wear/Carry of a Handgun; and Possession of a Pipe Bomb, all in the state of Maryland. TAGGART was sentenced to 10 years in prison (5 years suspended) and 5 years of supervised probation.

7. On January 30, 2018, a review of the case documentation with members of the Baltimore County Police Department, ATF, and the U.S. Attorney's Office, revealed that a body armor plate carrier with plates was located in the basement of the residence and a ballistic vest was located in the detached garage. Baltimore County police officers seized both items. Further review determined that among the items observed, but not seized on October 14, 2017, was one (1) large roll of Kevlar.

8. Subsequent investigation, as well as a review of information stored on TAGGART's computer seized during the state search warrant revealed that TAGGART has listed his employer as Combat Armor System Company or Combat Body Armor Company. Investigators have found

no evidence that either company exists. Investigators reasonably believe it to be a fictitious company, and that TAGGART may be operating under his own direction to purchase materials and construct body armor. Furthermore, photographs of TAGGART wearing what appears to be "homemade" body armor with detachable plates, as well as internet search activity from his computer, reveal searches relating to body armor specifications.

9. Based on my training and experience, I know that Kevlar is a type of material/product that meets the definition of body armor, pursuant to 18 U.S.C. § 921(a)(35), and that a convicted felon is prohibited from purchasing, owning or possessing body armor.

10. Attached hereto are pictures from the detached garage, along with a close up of the cardboard box (approximately 18"x18"x60") labeled "Honeywell" in red letters and "composite spectra" black letters on the outside, in which Kevlar material was observed, but not seized, by law enforcement during the execution of the Baltimore County search warrant. Also attached hereto are photos of "homemade" body armor, seized during the execution of the Baltimore County search warrant:







11.     On February 21, 2018, while conducting follow up investigation at the TARGET LOCATION, ATF agents requested consent to forfeit or destroy the Kevlar material described above. Individuals present at the residence requested to call the attorney representing TAGGART on the charges pending in the Circuit Court of Baltimore County. ATF agents spoke with the attorney, explained the nature of their request for forfeiting the Kevlar because TAGGART is a convicted felon, and cannot legally possess it. TAGGART's attorney indicated that he advises his client and the individuals present at the residence to not consent to forfeiture/search and seize of the roll of Kevlar described above. TAGGART's attorney advised ATF agents to obtain a search

warrant for the item, but also indicated that he would be willing to attempt to arrange to obtain TAGGART's consent to forfeit the item. After consulting with the U.S. Attorney's Office, the decision was made to apply for a search warrant.

## CONCLUSION

12. Based on the foregoing information, I have probable cause to believe that contraband, and evidence, fruits, and instrumentalities of violations of the TARGET OFFENSE as set forth herein and in Attachment B, are currently contained in the TARGET LOCATION more fully described in Attachment A. I respectfully request the issuance of a search warrant authorizing the search of the TARGET LOCATION for the items described above and in Attachment B, and authorizing the seizure and examination of any such items found therein.

_____
Special Agent Lisa A. Herb
ATF

Sworn and subscribed before me
this 23 day of February, 2018

_____
HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE